## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

**vs.**                                          **No. 4:08CR00226-01 JMM**

**DWAYNE H. STEVENS**

## ORDER

Pending is the government's motion to dismiss.  (Docket # 23).  For good cause shown, the motion is GRANTED.  The Indictment is hereby dismissed without prejudice as to defendant Dwayne H. Stevens.

IT IS SO ORDERED this 20th  day of October, 2008.

_____
JUDGE JAMES M. MOODY
UNITED STATES DISTRICT JUDGE